```
 1  SEYFARTH SHAW LLP
    James M. Nelson (SBN 116442) jmnelson@seyfarth.com
 2  400 Capitol Mall, Suite 2350
    Sacramento, California 95814-4428
 3  Telephone: (916) 448-0159
    Facsimile: (916) 558-4839
 4
    Attorneys for Defendant
 5  ABF FREIGHT SYSTEMS, INC.
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE WESTERN CONFERENCE OF TEAMSTERS SUPPLEMENTAL BENEFIT PLAN AND FUND<br><br>Plaintiffs,<br><br>v.<br><br>ABF FREIGHT SYSTEMS, INC.<br><br>Defendant. | Case No. 3:06-cv-5835 PJH<br><br>**DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Date: December 21, 2006<br>Time: 2:30 p.m.<br>Crtrm: 3 (17th Floor)<br>Judge: Hon. Phyllis J. Hamilton |

Defendant requests permission to appear telephonically at the Case Management Conference set for December 21, 2006 at 2:30 p.m., in Courtroom 3.

DATED: December 11, 2006

SEYFARTH SHAW LLP

By _____
James M. Nelson
Attorneys for Defendant
ABF FREIGHT SYSTEMS, INC.

**DENIED**
*Judge Phyllis J. Hamilton*
[Seal: United States District Court, Northern District of California]

SC1 1707768.1 — REQUEST FOR TELEPHONIC APPEARANCE AT CMC

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF SACRAMENTO   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On December 11, 2006, I served the within documents:

**DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

☐ I sent such document from facsimile machine (916) 558-4839 on * 2006. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (916) 558-4839 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing personal delivery through Capitol Couriers, the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Sacramento, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Geoffrey Piller
Teague P. Paterson
BEESON, TAYER & BODINE, PC
1404 Franklin Street, Fifth Floor
Oakland, CA 94612
Tel.: (510) 625-9700
Fax: (510) 625-8275

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

*Trustees of the Western Conference Teamsters v. ABF Freight*
SC1 17075697.1

Case # 3:06-CV- 5835 PJH

1  I declare that I am employed in the office of a member of the bar of this court whose
2  direction the service was made.
3  Executed on December 11, 2006, at Sacramento, California.



Ana Marie Sotuela

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SC1 17075697.1

-2-