1  BEESON, TAYER & BODINE, PC
   Teague P. Paterson (SBN. 226659)
2  1404 Franklin Street, Fifth Floor
   Oakland, California  94612
3  Telephone:    (510) 625-9700
4  Facsimile:    (510) 625-8275
   Email:        tpaterson@beesontayer.com
5
   Attorneys for Plaintiffs
6  TRUSTEES OF THE WESTERN CONFERENCE OF
7  TEAMSTERS SUPPLEMENTAL BENEFIT PLAN AND FUND

8  SEYFARTH SHAW LLP
   James M. Nelson (SBN 116442)
9  James D. McNairy (SBN 230903)
   400 Capitol Mall, Suite 2350
10 Sacramento, California 95814-4428
11 Telephone:    (916) 448-0159
   Facsimile:    (916) 558-4839
12 Email:        jmnelson@seyfarth.com
   Email:        jmcnairy@seyfarth.com
13
   Attorneys for Defendant
14 ABF FREIGHT SYSTEMS, INC.

15

16             IN THE UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18

19 | TRUSTEES OF THE WESTERN | Case No. 3:06-cv-5835 PJH |
   | CONFERENCE OF TEAMSTERS | |
20 | SUPPLEMENTAL BENEFIT PLAN AND | |
   | FUND, | |
21 | | **STIPULATION TO DISMISSAL WITH** |
   |                Plaintiffs, | **PREJUDICE** AND ORDER |
22 | | |
   | v. | |
23 | | |
   | ABF FREIGHT SYSTEMS, INC., | |
24 | | |
   |                Defendant. | |

25

26 ///

27 ///

28 ///

1
STIPULATION TO DISMISS WITH PREJUDICE
SC1 17082526.1

1  
2    IT IS HEREBY STIPULATED by and between the parties through their designated
3  counsel to this action, having entered into a settlement agreement that finally and fully resolves
4  the dispute between the parties, seek that the above-captioned action is hereby dismissed with
5  prejudice pursuant to FRCP 41(a)(1), and that the parties shall bear their own costs and fees.

6

7  Dated: May 21, 2007

Respectfully Submitted,

8  BEESON TAYER & BODINE

9  By: /s/_____
   Teague P. Paterson
10   Attorneys for Plaintiff Trustees of the
   Western Conference of Teamsters
11   Supplemental Benefit Plan and Fund

12  SEYFARTH SHAW

13  Dated: May 18, 2007

14  By: /s/_____
   James M. Nelson
15   Attorneys for Defendant
   ABF FREIGHT SYSTEMS, INC
16

17  6/1/07



18
19
20
21
22
23
24
25
26
27
28